# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------------------x

Jamie Homme,

                              Plaintiff,

     -v.-

Experian Information Solutions, Inc., and
Celtic Bank Corp. d/b/a Celtic Bank,

                            Defendants.

---------------------------------------------------------------------------x

Civil Action No:
1:22-cv-1439

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 18th day of April 2023

                **GARIBIAN LAW OFFICES, P.C.**

                *s/ Antranig Garibian*
                Antranig Garibian, Esq. (Bar No. 4962)
                Brandywine Plaza East
                1523 Concord Pike, Suite 400
                Wilmington, DE 19803
                (302) 722-6885
                ag@garibianlaw.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 18, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Antranig Garibian*
Antranig Garibian, Esq.
*Attorneys for Plaintiff*