## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------------------x

Jamie Homme,

                        Plaintiff,

        -v.-

Experian Information Solutions, Inc., and
Celtic Bank Corp. d/b/a Celtic Bank,

                        Defendants.

-------------------------------------------------------------------------x

Civil Action No:
1:22-cv-1439

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff by counsel, and Defendant, Experian Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against Experian Information Solutions, Inc. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  May 25, 2023

Respectfully submitted,

| **GARIBIAN LAW OFFICES, P.C.** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Antranig Garibian* | */s/ Griffin Schoenbaum* |
| Antranig Garibian, Esq. (No. 4962) | Griffin Shoenbaum, Esq. (#6915) |
| Brandywine Plaza East | One Rodney Square |
| 1523 Concord Pike, Suite 400 | Suite 600 |
| Wilmington, DE 19803 | 920 N. King Street |
| Tel: 302-722-6885 | Wilmington, DE  19801 |
| ag@garibianlaw.com | Tel: 302-651-7700 |
| *Attorney for Plaintiff* | *Attorneys for Defendant Experian Information Solutions, Inc.* |