UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Jamie Homme | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 1:22-cv-1439 |
| -vs- | : |
| | : |
| Experian Information Solutions, Inc., | : |
| Celtic Bank Corp d/b/a Celtic Bank | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jamie Homme ("Plaintiff"), by counsel, and Defendant Celtic Bank Corp. d/b/a Celtic Bank, by counsel, hereby agree and stipulate to dismiss, with prejudice, the individual claims of Plaintiff in the above-entitled action.

Dated: June 15, 2023                    Respectfully submitted,

/s/Antranig N. Garibian                  /s/ Randall Shaw MacTough
Antranig N. Garibian (Bar No. 4962)      Randall Shaw MacTough (Bar No. 6108)
Brandywine Plaza East                    Eckert Seamans Cherin & Mellott, LLC
1523 Concord Pike, Suite 400             222 Delaware Ave Ste 700
Wilmington, DE 19803                     Wilmington, DE 19801
302-722-6885                             302-552-2946
Email: ag@garibianlaw.com                Email: rmactough@eckertseamans.com
*Attorneys for Plaintiff*                *Attorneys for Defendant Celtic Bank*

SO ORDERED this  20   day of  June  , 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE